**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03174-CNS

A.A.,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility,
GEORGE VALDEZ, in his official capacity as Acting Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLEN, Secretary of the United States Department of Homeland Security, acting in his official capacity,
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney entered on November 14, 2025, [ECF No. 19] and June 17, 2026, [ECF No. 25], it is

ORDERED that the Amended Petition for Writ of Habeas Corpus 28 U.S.C. § 2241 [ECF No. 5] is GRANTED in part. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 17th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes, Deputy Clerk